IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL LOVE                                                                PETITIONER

vs.                    Civil Case No. 5:09CV00052 HLJ

LARRY NORRIS, Director,
Arkansas Department of Correction                                           RESPONDENT

JUDGMENT

In accordance with the Memorandum and Order entered this date, it is CONSIDERED, ORDERED and ADJUDGED that the petition is hereby dismissed with prejudice.

IT IS SO ADJUDGED this 24th day of June, 2009.

*/s/ Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE